BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RONALD EGBERT

*IT IS SO ORDERED*
*Paul S. Grewal*
*Judge Paul S. Grewal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-00163 PSG |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| RONALD EGBERT, | Honorable Paul S. Grewal |
| Defendant. | |

    Defendant Ronald Egbert and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Friday, July 15, 2011 at 2:30 p.m., be continued to Friday, August 5, 2011, at 2:30 p.m.  The continuance is requested because the defense requires additional time for investigation and preparation, specifically with respect to Mr. Egbert's medical concerns.  The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and the

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00163 PSG        1

1  defendant in a speedy trial.  The failure to grant the requested continuance would deny defense
2  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence, and would result in a miscarriage of justice.  The parties therefore stipulate that this
4  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5  Dated: 7/13/11                                         _____/s/_____
                                                                            LARA S. VINNARD
6                                                                        Assistant Federal Public Defender

7  Dated: 7/13/11                                         _____/s/_____
                                                                            JEFF SCHENK
8                                                                        Assistant U.S. Attorney

9

10                                            **[PROPOSED] ORDER**

11         The parties have jointly requested a continuance of the hearing set for Friday, July 15, 2011 at
12  2:30 p.m., to allow additional time for defense preparation and investigation.  GOOD CAUSE
13  APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for July 15, 2011, is
14  continued to Friday, August 5, 2011, at 2:30 p.m.
15         Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
16  under the Speedy Trial Act from July 15 to August 5, 2011.  The Court finds, based on the
17  aforementioned reasons, that the ends of justice served by granting the requested continuance
18  outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the
19  requested continuance would deny defense counsel reasonable time necessary for effective
20  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
21  justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
22  §§ 3161(h)(7)(A) and (B)(iv).

23  Dated: 7/13/2011                                      _____
                                                                            PAUL S. GREWAL
24                                                                       United States Magistrate Judge

25

26

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-00163 PSG                                        2