```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant RONALD EGBERT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-0163 PSG |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| RONALD EGBERT, | Honorable Paul S. Grewal |
| Defendant. | |

    Defendant Ronald Egbert and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Friday, October 14, 2011 at 2:30 p.m., be continued to Friday, December 2, 2011, at 2:30 p.m.  Investigation by the defense into Mr. Egbert's current and prior medical and psychiatric issues is ongoing.  Mr. Egbert recently went on medical leave and is being referred to several specialists for evaluation.  The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-0163 PSG         1

1  into account the exercise of due diligence, and would result in a miscarriage of justice.  The parties
2  therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and
3  (B)(iv).

4  Dated:  10/11/11                                            /s/
                                                LARA S. VINNARD
5                                               Assistant Federal Public Defender

6  Dated: 10/11/11                                             /s/
                                                JEFF SCHENK
7                                               Assistant U.S. Attorney

8

9                             **[PROPOSED] ORDER**

10       The parties have jointly requested a continuance of the hearing set for Friday, October 14,
11  2011 at 2:30, to allow additional time for defense preparation and investigation.  GOOD CAUSE
12  APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 14, 2011,
13  be continued to Friday, December 2, 2011, at 2:30 p.m.
14       Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
15  under the Speedy Trial Act from October 14 to December 2, 2011.  The Court finds, based on the
16  aforementioned reasons, that the ends of justice served by granting the requested continuance
17  outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
18  requested continuance would deny defense counsel reasonable time necessary for effective
19  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
20  justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
21  §§ 3161(h)(7)(A) and (B)(iv).

22  Dated: 32 13 31 4233                                    _Paul S. Grewal_
                                                PAUL S. GREWAL
23                                              United States Magistrate Judge

24

25

26

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-0163 PSG                          2