1  GEOFFREY A. HANSEN
   Federal Public Defender
2  HEATHER R. ROGERS
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RONALD J. EGBERT

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,         )   No. CR 11-00163 PSG
                                      )
12              Plaintiff,            )   STIPULATION AND [PROPOSED]
                                      )   ORDER CONTINUING HEARING DATE
13  vs.                               )   AND EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT
14  RONALD J. EGBERT,                 )
                                      )
15              Defendant.            )
    _____)
16

17                              **STIPULATION**

18       Defendant Ronald J. Egbert, by and through Assistant Federal Public Defender Heather

19  R. Rogers, and the United States, by and through Assistant United States Attorney Jeff Schenk,

20  hereby stipulate that, with the Court's approval, the status hearing currently set for Friday,

21  January 27, at 2:30 p.m., shall be continued to Wednesday, February 29, 2012, at 2:30 p.m.

22       The reason for the requested continuance is that the defense  requires additional time to

23  effectively prepare and investigate this case in anticipation of a resolution.  The parties therefore

24  respectfully request a continuance to February 29, 2012, at 2:30 p.m.

25       The parties agree that the time between January 27, 2012, and February 29, 2012, may be

26  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective

Stipulation and [Proposed] Order Continuing
Hearing                                          1

preparation of counsel.

Dated: January 25, 2012

           /s/
HEATHER ROGERS
Assistant Federal Public Defender

Dated:   January 25, 2012

           /s/
JEFF SCHENK
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Friday, January 27, 2012, at 2:30 p.m., shall be continued to Wednesday, February 29, 2012, at 2:30 p.m.

THE COURT FINDS that failing to exclude the time between January 27, 2012, and February 29, 2012, would unreasonably deny both counsel for the government and the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between January 27, 2012, and February 29, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between January 27, 2012, and February 29, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:"Lcpwct{"47."4234"""""""""""""""""""""""""""""""""      *[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Stipulation and [~~Proposed~~] Order Continuing Hearing      2