GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RONALD J. EGBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00163 PSG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| RONALD J. EGBERT, | |
| Defendant. | |

## STIPULATION

Defendant Ronald J. Egbert, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Jeffrey Schenk, hereby stipulate that, with the Court's approval, the status hearing currently set for February 29, 2012, at 2:30 p.m., shall be continued to March 22, 2012, at 2:30 p.m.

The reason for the requested continuance is that the parties require additional time to effectively prepare and investigate this case in anticipation of a resolution.  In particular, the parties are awaiting the Pre Trial Services officer's analysis of a potential diversion settlement and require time to negotiate potential resolutions once that analysis has been done.  The parties therefore respectfully request a continuance to March 22, 2012, at 2:30 p.m.

Stipulation and [~~Proposed~~] Order Continuing
Hearing, Case No. CR 11-00163 PSG              1

The parties agree that the time between February 29, 2012, and March 22, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 28, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: February 28, 2012

_____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 29, 2012, at 2:30 p.m., shall be continued to March 22, 2012, at 2:30 p.m.

THE COURT FINDS that failing to exclude the time between February 29, 2012, and March 22, 2012, would unreasonably deny both counsel for the government and the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 29, 2012, and March 22, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

//

//

1  THEREFORE, IT IS HEREBY ORDERED that the time between February 29, 2012, and
2  March 22, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.
3  § 3161(h)(7)(A) and (B)(iv).
4  IT IS SO ORDERED.
5  Dated:"Hgdtwct{"4:."4234

                                        HON. PAUL S. GREWAL
6                                          United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26