MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-2695
    Facsimile: (408) 535-5081
    jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

**Filed**

OCT 0 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00163-MAG |
|     Plaintiff, ) | |
|     v. ) | NOTICE OF DISMISSAL |
| RONALD J. EGBERT, ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice as to defendant Ronald Egbert. Mr. Egbert has successfully completed his period of pretrial diversion.

DATED: October 9, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
JEFFREY B. SCHENK
Assistant United States Attorney

NOTICE OF DISMISSAL - No. CR-11-00163-MAG

1 | Leave of Court is granted to the government to dismiss that information without prejudice as to
2 | defendant Ronald Egbert.
3
4
5 | Date: __10.9.12__           Pae S. [signature]
                                PAUL S. GREWAL
6                               United States Magistrate Judge

NOTICE OF DISMISSAL - CR 11-00163-MAG2